473 A.2d 673

Commonwealth v. Walsh, Appellant.

Submitted November 7, 1983. William H. Poole, Jr., for appellant; Floyd Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Judgment of sentence of December 20, 1982 is reversed.